24-2381-cv
*Maltese v. Adams*

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of January, two thousand twenty-six.

Present:

> WILLIAM J. NARDINI,
> STEVEN J. MENASHI,
> EUNICE C. LEE,
> *Circuit Judges*.

_____

MARYANN MALTESE,

> *Plaintiff-Appellant*,

v.                                                          24-2381

NEW YORK CITY MAYOR ERIC ADAMS,
NYC OLC, (OFFICE OF LABOR COUNSEL),
RENEE CAMPIONE, COMMISSIONER NYC
OLC OFFICE OF LABOR COUNSEL,

> *Defendants-Appellees*.

_____

For Plaintiff-Appellant**:**                    MARYANN MALTESE, *pro se*, East
                                                            Northport, NY

For Defendants-Appellees:
ELIZABETH I. FREEDMAN, Assistant Solicitor General, Jamison Davies, *for* Muriel Goode-Trufant, Corporation Counsel of the City of New York, New York, NY

Appeal from a judgment of the United States District Court for the Eastern District of New York (Rachel P. Kovner, *District Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

In three appeals being heard in tandem, Plaintiff Maryann Maltese, proceeding *pro se*, appeals from the dismissals of her complaints against various New York State officials and agencies ("State Defendants") in "*Maltese I*" and "*III*" and New York City officials and agencies ("City Defendants") in "*Maltese II*." The district court dismissed the claims against the State Defendants in *Maltese I* and *III* as barred by state sovereign immunity or otherwise for failure to state a claim, and the claims against the City Defendants in *Maltese II* for lack of subject matter jurisdiction. *See Maltese v. Brown*, Nos. 23-CV-4566 (RPK) (LB), 23-CV-4940 (RPK) (LB), & 23-CV-6204 (RPK) (LB), 2024 WL 3875940 (E.D.N.Y. Aug. 19, 2024). For the reasons stated in our summary order in *Maltese v. Brown*, 2d Cir. 24-2393, we **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2